Eileen Marie KINSLEY, Appellant,

v.

Walter William KINSLEY, Respondent.

No. 71116.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 18, 1997.

Timothy Hill Battern, St. Louis, for appellant.

Joseph R. Aubuchon, Union, for respondent.

Before CRAHAN, C.J., CRANE, J., and
CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Wife appeals from the grant of Husband's motion for new trial in their dissolution action. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).